CRAIG R. DELK, ESQ.
Nevada Bar No. 2295
THORNDAL ARMSTRONG DELK
  BALKENBUSH & EISINGER
1100 Bridger Avenue
Las Vegas, Nevada 89101
PHONE:  (702) 366-0622
FAX:    (702) 366-0327
E-MAIL: cdelk@thorndal.com
Attorneys for Defendant,
DELTA AIR LINES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SANDRINE BENSIMON,

        Plaintiff,

v.

DELTA AIR LINES, INC., and DOES I through X, inclusive,

        Defendants.

Case No. 2:11-cv-00511-KJD-LRL

**JOINT APPLICATION AND ORDER TO EXTEND DISCOVERY**
(First Request)

COME NOW, Plaintiff, SANDRINE BENSIMON, and Defendant, DELTA AIR LINES, INC., by and through their respective counsel of record, pursuant to LR 6-1 and LR 26-4, and respectfully request an additional six-month extension of the discovery deadlines in this case. This is the first request for extension by either party. The current discovery cut-off is October 1, 2011, and therefore, this Application is timely.

    (a) Statement of Discovery Completed

        (1) The LR 26-1 Meet and Confer Conference was held on May 4, 2011, both parties exchanged lists of witnesses and exhibits, and Defendant produced its exhibits at that time.

1  Pursuant to LR 26-1(a)(2), Plaintiff produced her exhibits on
2  June 8, 2011. On June 16, 2011, Plaintiff served her First
3  Supplemental LR 26-1 Disclosure.

4   (2) On May 4, 2011, Defendant served Interrogatories
5  and Requests for Production of Documents on Plaintiff. On June
6  8, 2011, Plaintiff served Answers to said Interrogatories.
7  Plaintiff's Responses to said Requests for Production of
8  Documents are pending.

9   (3) On June 8, 2011, Plaintiff served Interrogatories
10 and Requests for Production of Documents on Defendant. On July
11 11, 2011, Defendant served Answers to said Interrogatories and
12 Responses to said Requests for Production of Documents.

13  (4) At Defendant's request, Plaintiff is presently
14 scheduled to be seen by Dr. Patrick Brandner for purposes of an
15 IME examination on August 24, 2011.

16  (b) <u>Discovery That Remains to be Completed</u>

17  (1) IME examination of Plaintiff presently scheduled
18 for August 24, 2011.

19  (2) Deposition of Plaintiff and perhaps ten
20 representatives of Defendant.

21  (3) Expert depositions.

22  (c) <u>Why Discovery Remaining Not Yet Completed</u>

23  (1) This case was originally filed in State Court, and
24 was removed to this Honorable Court on April 7, 2011, with
25 federal jurisdiction predicated on International Treaty
26 (Montreal Convention governing international air line
27 operations). Defendant's Answer was filed on April 13, 2011.
28 As noted above, the LR 26-1 Meet and Confer Conference was held

on May 4, 2011, and witnesses lists and documents were produced at that time, and in supplemental productions thereafter. In addition, on that very day, Defendant served Interrogatories and Requests for Production of Documents on Plaintiff, who timely responded to said discovery requests; and shortly thereafter, Plaintiff served Interrogatories and Requests for Production of Documents on Defendant on June 8, 2011, which Interrogatories and Requests for Production of Documents were also timely responded to.

Immediately upon receipt of Plaintiff's signed medical consent in early June, Defendant commenced obtaining all of Plaintiff's medical records from her various medical providers. On June 29, 2011, even though all of Plaintiff's medical records had not yet been received, defense counsel provided Plaintiff's attorney several dates in August that Dr. Brandner would be available for purposes of the IME examination, with the understanding that the remainder of Plaintiff's medical records would probably be obtained by that time.

On or about July 18, 2011, Plaintiff's attorney confirmed that his client would be available on August 24, 2011 for her IME examination, and this was confirmed with Dr. Brandner by correspondence dated July 18, 2011. However, due to Plaintiff's attorney preparing for and being involved in a short jury trial in July, confirming Plaintiff's IME examination was delayed, and has only recently (July 18, 2011) been confirmed for August 24, 2011, as aforesaid, outside of the current date by which expert witnesses must be designated -- presently August 12, 2011.

. . .

In fact, it is actually only the date by which expert witnesses must be designated that is critical to this Application to Extend Discovery Dates, since discovery itself does not run until October 11, 2011. However, in order to facilitate all necessary discovery yet to be completed, it is respectfully requested that all of the discovery deadlines be consistently extended for a period of six months. In this regard, it should be noted that all of the Delta Air Lines personnel whom Plaintiff may wish to depose reside out of state, and one or more expert witnesses (not yet identified) may well be located out of state as well.

(d) <u>Proposed Schedule to Complete Discovery</u>

| | | | |
|---|---|---|---|
| (1) | New discovery cut-off date: | | April 11, 2012 |
| (2) | New date by which to amend pleadings and add parties | | January 13, 2012 |
| (3) | New expert disclosure date: | | |
| | (i) | Initial expert disclosures: | February 12, 2012 |
| | (ii) | Rebuttal expert disclosures: | March 12, 2012 |
| (4) | New dispositive motion deadline: | | May 10, 2012 |
| (5) | New pre-trial order date: | | June 12, 2012 |
| (6) | New interim status report date: | | February 12, 2011 |

For the foregoing reasons, the undersigned counsel for both Plaintiff and Defendant respectfully request that this Application to Extend Discovery Deadlines be granted consistent

. . .

. . .

. . .

Law Offices
THORNDAL, ARMSTRONG,
DELK, BALKENBUSH
& EISINGER
1100 E. Bridger Avenue
Las Vegas, Nevada 89101
(702) 366-0622

with the proposed schedule for completing discovery set out above.

| COHEN, JOHNSON & DAY | THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER |
|---|---|
| *(signed)* | *(signed)* |
| Steven L. Day, Esq. | Craig R. Delk, Esq. |
| Nevada Bar No. 3708 | Nevada Bar No. 2295 |
| 1060 Wigwam Parkway | 1100 East Bridger Avenue |
| Henderson, NV 89074 | Las Vegas, NV 89101 |
| Attorneys for Plaintiff, | Attorney for Defendant, |
| SANDRINE BENSIMON, | DELTA AIR LINES, INC |

**ORDER**

IT IS SO ORDERED this 25th day of July, 2011.

*(signed) Leavitt*

U.S. MAGISTRATE JUDGE

Submitted by:

THORNDAL, ARMSTRONG, DELK,
 BALKENBUSH & EISINGER

*(signed)*

CRAIG R. DELK, ESQ.
Nevada Bar No. 2295
1100 East Bridger Avenue
Las Vegas, NV 89101
Attorneys for Defendant,
DELTA AIR LINES, INC.

Law Offices
Thorndal, Armstrong,
Delk, Balkenbush
& Eisinger
1100 E Bridger Avenue
Las Vegas, Nevada 89101
(702) 366-0622