CRAIG R. DELK, ESQ.
Nevada Bar No. 2295
THORNDAL ARMSTRONG DELK
   BALKENBUSH & EISINGER
1100 Bridger Avenue
Las Vegas, Nevada 89101
PHONE:  (702) 366-0622
FAX:    (702) 366-0327
E-MAIL: cdelk@thorndal.com
Attorneys for Defendant,
DELTA AIR LINES, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SANDRINE BENSIMON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC., and DOES I through X, inclusive,<br><br>　　　　Defendants. | Case No. 2:11-cv-00511-KJD-CWH |

### STIPULATION AND ORDER FOR DISMISSAL

IT IS HEREBY STIPULATED by and between Steven L. Day, Esq. on behalf of Plaintiff, SANDRINE BENSIMON, and Craig R. Delk, Esq. on behalf of Defendant, DELTA AIR LINES, INC., that the above-entitled matter be dismissed, with prejudice, each party to bear their own fees and costs incurred herein.

DAY & NANCE

DATED: 3/14/13

By: _/s/ Steven L. Day_
Steven L. Day, Esq.
Nevada Bar No. 3708
1060 Wigwam Parkway
Henderson, NV 89074
Attorneys for Plaintiff,
SANDRINE BENSIMON

. . .

Law Offices
THORNDAL, ARMSTRONG,
DELK, BALKENBUSH
& EISINGER
1100 E. Bridger Avenue
Las Vegas, Nevada 89101
(702) 366-0622

1  [SANDRINE BENSIMON v. DELTA AIR LINES, et al; Case No. 2:11-cv-00511-KJD-CWH]

                                    THORNDAL, ARMSTRONG, DELK,
                                      BALKENBUSH & EISINGER

DATED  3/18/13
                                    _____
                                    CRAIG R. DELK, ESQ.
                                    Nevada Bar No. 2295
                                    1100 E. Bridger Avenue
                                    Las Vegas, Nevada 89101
                                    Attorneys for Defendant,
                                    DELTA AIR LINES, INC.


**ORDER**

IT IS SO HEREBY ORDERED this ___19___ day of ___March___, 2013.

                                    _____
                                    U. S. DISTRICT COURT JUDGE


Submitted by:

THORNDAL, ARMSTRONG, DELK,
 BALKENBUSH & EISINGER


_____
Craig R. Delk, Esq.
1100 E. Bridger Avenue
Las Vegas, NV 89101
Attorneys for Defendant,
DELTA AIR LINES, INC.

Law Offices
THORNDAL, ARMSTRONG,
DELK, BALKENBUSH
& EISINGER
1100 E. Bridger Avenue
Las Vegas, Nevada 89101
(702) 366-0622

- 2 -